SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224

Attorney for Plaintiff Scott N. Johnson

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Scott N. Johnson,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br><br>Roy Wilson,<br><br>　　　　Defendant | Case No.: CIV.S 10-cv-00741-KJM-DAD<br><br>**PLAINTIFF'S REQUEST TO SET ASIDE DEFAULT AND ORDER** |

　　　IT IS HEREBY REQUESTED by Plaintiff, Scott N. Johnson, that the Entry of Default against Defendant, Roy Wilson, be hereby set aside.  This request is based upon the following facts constituting good cause: Defendant, Roy Wilson, as an individual should not be a party to the action but rather Wilson Mini Storage, LLC.  The Plaintiff is filing an Amended Complaint to reflect the change in business ownership form.

Plaintiff's Request to Set Aside Default and ORDER

1

CIV: S-10-cv-00741-KJM-DAD

1  Dated:  August 11, 2011

/s/Scott N. Johnson
SCOTT N. JOHNSON,
Attorney for Plaintiff,
**SCOTT N. JOHNSON**

**IT IS SO ORDERED**:

    THAT, the Clerk's Entry of Default against Defendant, Roy Wilson (ECF 9), is hereby set aside.

Dated:  August 22, 2011.

_____
UNITED STATES DISTRICT JUDGE

Plaintiff's Request to Set Aside Default and ORDER

CIV: S-10-cv-00741-KJM-DAD

2